# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sack, Robert D. | 2. Court or Organization<br><br>US Court of Appeals, 2d Cir. | 3. Date of Report<br><br>08/23/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer in Law and Adjunct Professor | Columbia Law School |
| 2. | Member, Columbia Board of Visitors | Columbia Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement, Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month/life, no increase, decrease or cap |
| 3. 2010 | Practising Law Institute and Robert D. Sack, publication of 4th edition of treatise on defamation law; royalty 15% of net receipts |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Practising Law Institute Book Royalties | $20,016.00 |
| 2. 2015 | Gibson, Dunn & Crutcher LLP Retirement Plan | $72,000.00 |
| 3. 2015 | Lecturer in Law, Columbia Law School | $25,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Thomson Reuters Royalties |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Pennsylvania | 1/22/2015 | Philadelphia, PA | Judge the Keedy Cup | Travel and Meals |
| 2. | University of Rochester | 4/6-7/2015 | Rochester, NY | Guest Lecturer | Travel, Hotel and Meals |
| 3. | The Aspen Institute, Inc. | 7/24-26/2015 | Manhasset, NY | Seminar Participant | Travel, Lodging and Meals |
| 4. | Washington University in St. Louis | 11/19-20/2015 | St. Louis, MO | Judge Rutledge Moot Court | Travel, Hotel and Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Mastercard | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMORGAN CHASE ACCOUNTS | A | Interest | L | T | | | | | |
| 2. OPP ADVANTAGE BANK DEPOSIT | A | Interest | K | T | | | | | |
| 3. OPP AMERICAN INTL GROUP INC COM NEW | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 4. OPP APPLE INC | A | Dividend | K | T | Buy | 08/04/15 | K | | |
| 5. OPP BP PLC SPONSORED ADR | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 6. OPP BOEING CO | A | Dividend | K | T | | | | | |
| 7. OPP INVESCO GLOBAL CORE EQ FD CL A | A | Dividend | | | Sold | 03/10/15 | J | | |
| 8. OPP INVESCO VAN KAMPEN SMALL CAP VALUE FD CL A | A | Dividend | | | Sold (part) | 06/05/15 | J | B | |
| 9. | | | | | Sold (part) | 06/08/15 | J | | |
| 10. | | | | | Sold | 12/10/15 | K | | |
| 11. OPP IVY SCIENCE & TECH FD Y | A | Dividend | J | T | | | | | |
| 12. OPP MSIF GROWTH FD CL A | B | Dividend | | | Sold | 03/10/15 | K | C | |
| 13. OPP MSIF SMALL CO GRTH PORT CL A | A | Int./Div. | | | Sold (part) | 06/05/15 | J | | |
| 14. | | | | | Sold (part) | 06/08/15 | J | | |
| 15. | | | | | Sold | 12/10/15 | J | | |
| 16. OPP DEUTSCHE STRATEGIC HIGH YIELD TAX-FREE FUND-INST | A | Int./Div. | K | T | | | | | |
| 17. OPP FRANKLIN NY TAX FREE INCOME FD INC CL A | A | Dividend | | | Sold | 06/08/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OPP IVY MUNICIPAL HIGH INCOME FUND CLASS I | A | Int./Div. | K | T | | | | | |
| 19. OPP NUVEEN HIGH YIELD MUNICIPAL BD FD R | B | Int./Div. | K | T | | | | | |
| 20. OPP ROCHESTER AMT-FREE NY NUMI FD CL A | A | Int./Div. | | | Sold | 03/10/15 | K | | |
| 21. OPP FACTORSHARES TR ISE CYBER SEC | A | Dividend | J | T | Buy | 08/04/15 | K | | |
| 22. OPP ISHARES TR U.S. AER&DEF ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 23. OPP SPDR SERIES TRUST AEROSPACE DEF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 24. OPP SPDR SERIES TRUST S&P REGL BKG | A | Dividend | K | T | Buy | 08/04/15 | J | | |
| 25. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 26. OPP SELECT SECTOR SPDR TR SBI HEALTHCARE | A | Dividend | K | T | Buy | 06/05/15 | J | | |
| 27. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 28. OPP SELECT SECTOR SPDR TR SBI INT-FINL | A | Dividend | K | T | Buy | 06/05/15 | K | | |
| 29. OPP WISDOMTREE TR JAPAN TOTAL DIVID FD | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 30. OPP WISDOMTREE TR EUROPE HEDGED EQUITY FD | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 31. OPP COHEN & STEERS MLP INC & ENRGY COM SHS | B | Distribution | J | T | | | | | |
| 32. OPP EATON VANCE ENHANCED EQ INC FD | B | Dividend | K | T | | | | | |
| 33. OPP HANCOCK JOHN FINL OPPTYS FD SH BEN INT NEW | A | Dividend | | | Sold | 08/04/15 | J | C | |
| 34. OPP NUVEEN NASDAQ 100 DYNAMIC OVER COM SHS | B | Dividend | K | T | Buy | 06/05/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. OPP NUVEEN DOW 30 DYN OVERWRITE | A | Dividend | K | T | Buy | 06/05/15 | K | | |
| 36. OPP TEKLA LIFE SCIENCES INVS SH BEN INT | B | Dividend | K | T | | | | | |
| 37. OPP TORTOISE ENERGY INDEPENDENC FD | B | Distribution | J | T | | | | | |
| 38. OPP INVESCO TR INVT GRADE NY MUNS TAX FREE COM | A | Int./Div. | | | Sold | 12/10/15 | J | | |
| 39. OPP MAINSTAY DEFINED TERM MN OPP FD TAX FREE COM | C | Int./Div. | L | T | | | | | |
| 40. OPP NUVEEN NY PERFORM PLUS MUN FD TAX FREE COM | A | Dividend | | | Merged (with line 41) | 06/09/15 | K | | |
| 41. OPP NUVEEN NY DIVID ADVNTG MUN FD (X) | A | Int./Div. | K | T | | | | | |
| 42. OPP NUVEEN INTER DURATION MN TMFD TAX FREE COM | B | Int./Div. | K | T | | | | | |
| 43. OPP NEW YORK ST PWR AUTH REV NY MBIA 4% DUE 11/15/20 B/E REV OID | B | Interest | K | T | | | | | |
| 44. OPP NEW YORK N Y NY 4% DUE 02/01/22 B/E UGO OID | C | Interest | L | T | | | | | |
| 45. OPP NEW YORK N Y CITY MUN WTR FIN NY 3.625% DUE 06/15/25 B/E REV OID | A | Interest | K | T | | | | | |
| 46. Northwestern Mutual Life Insurance Policy | C | Dividend | M | T | | | | | |
| 47. Guardian Life Insurance Policy | C | Dividend | L | T | | | | | |
| 48. Massachusetts Mutual Life Insurance Policy | A | Interest | J | T | | | | | |
| 49. AMERIPRISE INSURED MONEY MARKET ACCTS | A | Int./Div. | M | T | | | | | |
| 50. ADV-BLACKROCK EQUITY DIVIDEND CL A | A | Dividend | K | T | Sold (part) | 12/01/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 12/22/15 | L | | |
| 52. ADV-COLUMBIA DIVIDEND OPPORTUNITY CL A | C | Dividend | | | Sold | 09/28/15 | L | | |
| 53. ADV-COLUMBIA INCOME OPP CL A | C | Dividend | | | Sold | 12/02/15 | L | | |
| 54. ADV-EATON VANCE AMT FREE MUNICIPAL | C | Dividend | L | T | | | | | |
| 55. ADV-FIDELITY ADVISOR FLOATING RATE HIGH INC CL A | B | Dividend | L | T | | | | | |
| 56. ADV-HARTFORD CORE EQUITY CL A | A | Dividend | L | T | Buy | 12/23/15 | L | | |
| 57. ADV-CATALYST HEDGED FUTURES STRATEGY CL A | A | Dividend | K | T | Buy | 12/22/15 | K | | |
| 58. ADV-OPPENHEIMER AMT FREE NY MUNICIPAL CL A | D | Dividend | M | T | | | | | |
| 59. ADV-PIONEER AMT FREE MUNICIPAL CL A | C | Dividend | L | T | | | | | |
| 60. ADV-TAX EXEMPT BOND AMERICA CL A | C | Dividend | L | T | | | | | |
| 61. ADV-VIRTUS TAX EXEMPT BOND CL A | B | Dividend | L | T | | | | | |
| 62. ADV-POWERSHARES S&P 500 LOW VOLATILITY ETF | B | Dividend | L | T | Buy | 12/22/15 | L | | |
| 63. ONE-INVESCO MUNICIPAL INCOME CL A | B | Dividend | K | T | | | | | |
| 64. ONE-BLACKROCK EQUITY DIVIDEND CL A | B | Dividend | L | T | | | | | |
| 65. ONE-FIDELITY ADVISOR BIOTECHNOLOGY CL A | A | Dividend | L | T | Buy | 09/29/15 | K | | |
| 66. | | | | | Buy (add'l) | 12/22/15 | L | | |
| 67. ONE-FIDELITY ADVISOR HEALTH CARE CL A | A | Dividend | L | T | Buy | 09/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 12/22/15 | L | | |
| 69. ONE-BLACKROCK FLOATING RATE INCOME INVESTOR CL A | C | Dividend | | | Sold | 12/01/15 | L | | |
| 70. ONE-COLUMBIA DIVIDEND OPPORTUNITY CL A | B | Dividend | | | Sold | 09/29/15 | K | | |
| 71. ONE-FIDELITY ADVISOR NEW INSIGHTS CL A | A | Dividend | L | T | | | | | |
| 72. ONE-GABELLI EQUITY INCOME CL A | C | Dividend | L | T | | | | | |
| 73. ONE-HARTFORD BALANCED INCOME CL A | A | Dividend | K | T | Buy | 09/30/15 | K | | |
| 74. ONE-MFS MUNICIPAL LIMITED MATURITY CL A | A | Dividend | L | T | | | | | |
| 75. ONE-EVENTIDE GILEAD CL A | A | Dividend | L | T | Buy | 09/29/15 | K | | |
| 76. | | | | | Buy (add'l) | 12/22/15 | K | | |
| 77. ONE-OPPENHEIMER ROCHESTER LTD TERM MUN CL A | B | Dividend | L | T | | | | | |
| 78. ONE-PERMANENT PORTFOLIO | A | Dividend | | | Sold | 09/29/15 | K | D | |
| 79. ONE-ROCHESTER LTD TERM NY MUNI CL A | B | Dividend | L | T | | | | | |
| 80. ONE-TAX EXEMPT BOND AMERICA CL A | C | Dividend | L | T | | | | | |
| 81. CASH RESERVE CERTIFICATE 848001 | A | Interest | M | T | | | | | |
| 82. CASH RESERVE CERTIFICATE 905001 | A | Interest | K | T | | | | | |
| 83. RiverSource Retirement Advisor 4 Advantage VA-Annuity | E | Distribution | O | T | | | | | |
| 84. Ameriprise IRA (AH) | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -Columbus Circle LCG, IRA | B | Int./Div. | M | T | | | | | |
| 86. -Lazard IA, IRA | B | Int./Div. | M | T | | | | | |
| 87. -Alta LCC, IRA | C | Int./Div. | N | T | | | | | |
| 88. -VICTORY MUNDER MCC, IRA | B | Int./Div. | M | T | | | | | |
| 89. -MILLER HOWARD IE MLP, IRA | A | Int./Div. | | | Sold | 10/02/15 | L | | |
| 90. -ACC Flexible Savings Certificate, IRA | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

A pending claim against American International Group, Inc. is currently in litigation (04 Civ. 8141 (DAB) (AJP)). The worth of that claim cannot be determined at this time.

On June 9, 2015, OPP NUVEEN NY PERFORM PLUS MUN FD TAX FREE COM (Line 40) merged into OPP NUVEEN NY DIVID ADVNTG MUN FD (Line 41). OPP NUVEEN NY PERFORM PLUS MUN FD TAX FREE COM (Line 40) will not appear on future reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 08/23/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Sack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544